# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DANIEL KAPTAIN, | CASE NO. 07cv1867 WQH (LSP) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER DECISION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| vs. | |
| MERCK & CO., INC., et al., | |
| Defendants. | |

HAYES, Judge:

    The joint motion of the parties for an order staying all proceedings pending the decision by the Judicial Panel On Multidistrict Litigation as to whether this action will be transferred to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657 is **GRANTED.**

DATED: October 16, 2007

                                                **WILLIAM Q. HAYES**
                                                United States District Judge